**REMPFER MOTT LUNDY, PLLC**
JOSEPH N. MOTT
Nevada Bar No. 1169
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
T: (702) 825-5303
F: (702) 825-4413
Joey@rmllegal.com

Attorneys for Plaintiff
**JOHN ROBERT BENSON**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **JOHN ROBERT BENSON,** an individual, <br><br> **Plaintiff**, <br><br> vs. <br><br> **CORTLAND DEVELOPMENT, LLC, d/b/a CORTLAND PARTNERS,** a foreign corporation; **DOES I** through **V,** inclusive; and **ROE** corporations **I** through **V,** inclusive**,** <br><br> **Defendants**. | **Case No. 2:17-cv-02760-APG-(VCF)** <br><br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, JOHN ROBERT BENSON, and Defendants, CORTLAND DEVELOPMENT, LLC, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

IT IS FURTHER STIPULATED that any Trial currently scheduled, be vacated.

**IT IS SO ORDERED.**

Dated: May 8, 2018.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Dated: May 7, 2018. | Dated: May 7, 2018. |
| REMPFER MOTT LUNDY, PLLC | LIPSON NEILSON, P.C. |
| /s/ Joseph N. Mott | /s/ Joseph P. Garin |
| Joseph N. Mott | Joseph P. Garin |
| Nevada Bar No. 12455 | Nevada Bar No. 6653 |
| Scott E. Lundy | Lisa J. Zastrow |
| Nevada Bar No. 14235 | Nevada Bar No. 9727 |
| Attorneys for Plaintiff | Attorneys for Defendants |
| **JOHN ROBERT BENSON** | **CORTLAND DEVELOPMENT, LLC** |

and

Dated: May 7, 2018.

HALL BOOTH SMITH, P.C.

/s/ Don Benson
Don Benson
Attorney for Defendants
**CORTLAND DEVELOPMENT, LLC**

**ORDER**

IT IS SO ORDERED:

Dated: _____, 2018

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

2.